

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of James
Riddles and Glenda Riddles

No. 06-14-00072-CV

Appeal from the County Court at Law of
Lamar County, Texas (Tr. Ct. No. 83418).
Memorandum Opinion delivered by Justice
Carter, Chief Justice Morriss and Justice
Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to

dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED SEPTEMBER 24, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk